# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1020

_____

WILLIAM E. KAPELLEN,

Appellant,

v.

JESSICA A. WHITAKER,

Appellee.

_____

On appeal from the Circuit Court for Bradford County.
George M. Wright, Judge.

April 2, 2026

PER CURIAM.

AFFIRMED.

ROWE, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

William E. Kapellen, pro se, Appellant.

Jessica A. Whitaker, pro se, Appellee.